Barbara A. Blackburn, Bar No. 253731
bblackburn@littler.com
Nicholas W. McKinney, Bar No. 322792
nmckinney@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Attorneys for Defendant CENTENE MANAGEMENT COMPANY LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED F. SIMMONS, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>CENTENE MANAGEMENT COMPANY LLC, a Wisconsin Limited Liability Company; EDWARD UNUKPO, an Individual; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. Case No. 2:26-cv-09461<br><br>**DEFENDANT CENTENE MANAGEMENT COMPANY LLC'S NOTICE OF ERRATA**<br><br>Trial Date: Not Set<br>Complaint Filed: July 17, 2026 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT – CENTRAL DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, after Defendant CENTENE MANAGEMENT COMPANY LLC ("Defendant") filed its Corporate Disclosure Statement, Defendant discovered that the jurisdiction on the caption page is incorrect. Instead of Eastern District, it should have been for the Central District of California.

Dated: August 25, 2026

LITTLER MENDELSON, P.C.

*/s/ Nicholas W. McKinney*
BARBARA A. BLACKBURN
NICHOLAS W. MCKINNEY
Attorneys for Defendant CENTENE MANAGEMENT COMPANY

LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
916.830.7200